929 F.2d 695
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Paul D.J. WEST, Plaintiff-Appellant,
v.
NATIONWIDE MUTUAL INSURANCE COMPANY AGENT, Defendant-Appellee.
 No. 91-6520.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 4, 1991.
Decided March 20, 1991.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CA-90-1635-AM)
 Paul D.J. West, appellant pro se.
 E.D.Va.
 DISMISSED.
 Before WIDENER and K.K. HALL, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Paul D.J. West appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. West v. Nationwide Mutual Ins. Co. Agent, CA-90-1635-AM (E.D.Va. Dec. 5, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.